1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Chester N. Farr, Jr.,* for petitioner. *Mr. Michael J. Ryan* for respondent.

---

No. 866. ZENITH CARBURETOR COMPANY *v.* STROMBERG MOTOR DEVICES COMPANY. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Clarence P. Byrnes* and *Mr. Melville Church* for petitioner. *Mr. Charles A. Brown* for respondent.

---

No. 872. H. M. LUCK, EXECUTRIX, ETC., *v.* ABRAM P. STAPLES, TRUSTEE, ETC. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. W. L. Welborn* for petitioner. *Mr. Abram P. Staples* for respondent.

---

No. 880. NEW YORK, PHILADELPHIA & NORFOLK RAILROAD COMPANY *v.* LILLIE WILKINS, ADMINISTRATRIX, ETC. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Floyd Hughes* and *Mr. Thomas H. Willcox* for petitioner. *Mr. John W. Oast, Jr.,* for respondent.

---

No. 891. ST. LOUIS SOUTHWESTERN RAILWAY OF TEXAS *v.* FRANK SMITH. March 17, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. E. B. Perkins* for petitioner. No appearance for respondent.